Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
Brian S. Tamsut, Cal Bar No. 322,780
btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Defendants Stephan Joseph Sweet
and Stephan Sweet, M.D., Inc.

**United States District Court**

**Central District of California – Western Division**

| | |
|---|---|
| Ventura Orthopedics Medical Group, Inc., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Stephan Joseph Sweet, an individual; Stephan Sweet, M.D., Inc., a California corporation; and Does 1-10,<br><br>Defendants. | No. 2:19-cv-06202<br><br>Notice of Removal of State Court Action under 28 U.S.C. §§ 1338 (a) and (b) (Trademark Law Question Jurisdiction) |

To the Clerk of this Court, plaintiff, and plaintiff's attorneys of record:

Please Take Notice under 28 U.S.C. §§ 1441 and 1446, Defendants Stephan Joseph Sweet and Stephan Sweet, M.D., Inc., (collectively, "Defendants") remove to this Court the state court action described below.

1. On May 6, 2019, plaintiff Ventura Orthopedics Medical Group, Inc. ("Plaintiff") sued Stephan Joseph Sweet, Stephan Sweet, M.D., Inc., and Does 1-10, in the Superior Court of the State of California, County of Ventura, Case No. 56-2019-00528121-CU-IP-VTA.

2. A copy of all pleadings filed in the state court action are attached as Exhibit A. Exhibit A includes all process, pleadings, and orders served upon Defendants as required by 28 U.S.C. § 1446(a).

3. Plaintiff, through its counsel, agreed to an effective service date on Defendants of June 19, 2019, and both defendants returned "Notice and Acknowledgment of Receipt-Civil" to counsel for plaintiff on June 19, 2019, 2019. Defendants were effectively first served with a copy of the summons and complaint on that date.

4. No other named defendants whose consent would be necessary affect this removal.

5. This notice is being filed within thirty days of service on the first-served defendant and is timely under 28 U.S.C. § 1446(b).

6. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1338(a) and (b), and which may be removed to this Court by Defendants under 28 U.S.C. § 1441(a) and (c).

7. The state court complaint alleges claims for unfair competition, false designation of origin, and infringement of common law trademark under 15 U.S.C. § 1125(a), for cybersquatting under 15 U.S.C. § 1125(d)(1), and for state law unfair competition claims. Jurisdiction over the state law claims is proper under 28 U.S.C. § 1338(b) because they are claims of unfair competition joined with a substantial and related claim under the trademark laws.

8. A copy of this Notice of Removal is being served on all adverse parties and filed with the clerk of the state court under 28 U.S.C. § 1446(d). A copy of the notice to all adverse parties and the state court is attached (without exhibits) as Exhibit B.

July 18, 2019

/s/ *Michael D. Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Attorneys for Defendants Stephan Joseph Sweet and Stephan Sweet, M.D., Inc.

**PROOF OF SERVICE**

I declare under penalty of perjury of the laws of the United States that on July 18, 2019, I served "Notice of Removal of State Court Action under 28 U.S.C. §§ 1338 (a) and (b) (Trademark Law Question Jurisdiction)" to attorneys for all parties by email using their email address.

July 18, 2019            /s/ *Anneliese G. Lomonaco*
                                           Anneliese G. Lomonaco