# Exhibit A

K. Andrew Kent, State Bar No. 130097
RINCON VENTURE LAW GROUP
2815 Townsgate Rd., Suite 215
Westlake Village, California 91361
Telephone: (805) 557-0580
Facsimile: (805) 557-0480
akent@rincongroup.com

Attorneys for Plaintiff
VENTURA ORTHOPEDICS MEDICAL GROUP, INC.

VENTURA SUPERIOR COURT
FILED
MAY 06 2019
MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____, Deputy
MICHAEL ADAMS

VIA FAX

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF VENTURA

| | |
|---|---|
| VENTURA ORTHOPEDICS MEDICAL GROUP, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHAN JOSEPH SWEET, an individual; STEPHAN SWEET, M.D., INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 56-2019-00528121-CU-IP-VTA<br><br>**COMPLAINT** |

Plaintiff Ventura Orthopedics Medical Group, Inc. for its Complaint against Defendants Stephan Joseph Sweet, Stephan Sweet, M.D., Inc., and Does 1-10, alleges as follows:

**The Parties**

1. Plaintiff Ventura Orthopedics Medical Group, Inc. ("Plaintiff") is a California corporation organized and existing under the laws of the State of California. Its principal place of business is in Ventura County, California.

2. Plaintiff is informed and believes, and thereon alleges, that Defendant Stephan Joseph Sweet ("Sweet") is an individual with his principal place of business in Ventura County, California.

3. Plaintiff is informed and believes, and thereon alleges, that Defendant Stephan Sweet, M.D., Inc. is a California corporation with its principal place of business in Ventura County, California.

1

COMPLAINT

4. DOE Defendants 1-10 are sued by fictitious names because their identities and capacities, whether individual, corporate, associate, or otherwise, have yet to be sufficiently determined by Plaintiff. On information and belief, DOES 1-10 are persons or entities who otherwise have been associated with Defendant Sweet in some manner and each has either direct, contributory, or vicarious liability for the wrongful acts alleged below. Plaintiff will seek leave to amend this Complaint appropriately once the true names and capacities of DOE Defendants 1-10 are learned. As used below, the term "Defendants" shall collectively refer to the named Defendant together with the defendants identified as DOES 1-10.

5. On information and belief, each of the Defendants induced the other Defendants to infringe upon Plaintiff's rights, participate in, enable the other Defendants to engage in the unlawful conduct herein alleged, or supervised that conduct, with knowledge that the conduct of other Defendants would infringe upon Plaintiff's rights, and constitute unfair competition and false and deceptive actions. Each of the Defendants is therefore jointly and severally liable as a contributory or vicarious infringer of Plaintiff's rights.

## FACTUAL BACKGROUND

**Plaintiff's Marks and the Nature of its Business**

6. As alleged in more detail below, Plaintiff provides orthopedic medicine and other related services, and sells related goods, under the following trademark, service mark and slogan, VENTURA ORTHOPEDICS, VENTURA ORTHOPEDICS GET BACK IN THE GAME, and GET BACK IN THE GAME (collectively, "the Marks"). Plaintiff also owns and uses "Ventura Orthopedics" and "Ventura Orthopedics Medical Group, Inc." as its trade names (the "Trade Names").

7. Plaintiff is one of the oldest group medical practices in California, having opened its doors in the 1930s. Plaintiff, its physicians, physician assistants, therapists and staff have provided medical services, in connection with the trademark and trade name VENTURA ORTHOPEDICS , since at least 1969. Plaintiff's doctors are board-certified and many are fellowship-trained. Plaintiff's doctors are leaders in their respective fields of care, with deep experience and expertise in a variety of

specialties, from shoulders, wrists and hands, to knees, spines, hips, feet, ankles and more. Plaintiff offers superior clinical facilities equipped with state-of-the-art technology. Plaintiff's doctors are committed to staying abreast of the latest developments in orthopedic medicine, and Plaintiffs' doctors and surgeons have been among the first in the community to perform many advanced orthopedic treatments, including total hip replacements. Plaintiffs' physicians are also well-versed in the special orthopedic needs of both amateur and professional athletes.

8. Plaintiff was incorporated in California in May 1969, and since that date has continuously provided medical and related services within the state of California under the trademark and tradename VENTURA ORTHOPEDICS. At all relevant times, patients, prospective patients, and medical field professionals have recognized and associated the mark and tradename VENTURA ORTHOPEDICS with Plaintiff. Under California Business & Professions Code § 14415, a presumption has existed at all relevant times that Plaintiff has the exclusive right to use VENTURA ORTHOPEDICS MEDICAL GROUP, INC., and any confusingly similar trade name, as Plaintiff's trade name.

9. Since at least January 1998, Plaintiff has used the trademarks VENTURA ORTHOPEDICS GET BACK IN THE GAME and GET BACK IN THE GAME within the state of California in connection with Plaintiff's sports enhancement training services, orthopedic medical services, sports medicine services, and urgent medical care services. At all relevant times, patients, prospective patients, and medical field professionals have recognized and associated those trademarks with Plaintiff.

10. Plaintiff is also the owner of a California trademark registration for use of the mark GET BACK IN THE GAME in connection with the sale of cups and clothing that are related to and promote Plaintiff's orthopedic medicine services.

11. Since in or about May 2003, Plaintiff has owned the domain name <venturaortho.com> (the "Domain Name"). Through Plaintiff's Domain Name and websites, since at least March 2006, Plaintiff has further expanded its advertisement of its services under the Marks.

12. Plaintiff's use of the Marks and the Trade Names has been exclusive throughout the state

3

COMPLAINT

of California, and beyond, for decades since at least 1969, , in connection with medical services and related goods.  Through the continuous and exclusive use of the Marks in connection with innovative and high-quality professional medical services, careful planning and protection of its image and reputation, and advertising and promotion including through its Domain Name and related website, Plaintiff's Marks have come to be recognized by relevant consumers as exclusively identifying and designating orthopedic medical services originating from Plaintiff.  As applied to its orthopedic medical services, Plaintiff's Marks were distinctive upon adoption and first use, or to the extent not inherently distinctive, Plaintiffs' Marks' had acquired distinctiveness as service marks and trademarks as of at least 1969.

**Defendants' Unlawful Conduct**

13.    On information and belief, Defendant Sweet is an orthopedic surgeon, with an office at 168 N. Brent Street, Suite 505, Ventura, California.  Defendant Sweet has advertised and continues to advertise his services through the domain name <venturaorthopedicsurgeon.com> (the "Accused Domain Name") and related website.

14.    In addition, the website to which the Accused Domain Name resolves has used and continues to prominently use the following slogan or service mark: WHERE LA AND VENTURA COUNTY COME TO GET BACK IN THE GAME (the "Accused Mark").

15.    On information and belief, Defendant Sweet also advertises and continues to advertise his services through the domain name <sweetortho.com>.  On information and belief, Defendants have sponsored a Google ad with a link to the domain name <sweetortho.com> that includes unauthorized use of Plaintiff's Mark and trade name "Ventura Orthopedics."

16.    On information and belief, Defendants registered and has used the Accused Domain Name and adopted and has used the Accused Mark, with knowledge of Plaintiff's long-established Mark its long-established website and Domain Name, and the strong associations among patients and industry professionals between those Marks and Domain Name on the one hand, and Plaintiff as the source of services and goods provided under them on the other..

17.     On information and belief, in using the Accused Domain Name, the Accused Mark, and Plaintiff's Mark and trade name VENTURA ORTHOPEDICS in the Google ad for <sweetortho.com>, Defendants have intentionally sought to infringe upon Plaintiff's Marks and Trade Names, to cause confusion and mistake amongst consumers as to whether Defendants' services are connected, affiliated or associated with Plaintiff, and to re-direct confused consumers to services Defendants are providing that are not connected, affiliated, or associated with Plaintiff.  Defendants' advertising is false, fraudulent and unfair, and deceives the public and consumers, in addition to infringing on Plaintiff's long-established rights in its Marks, Trade Names, and Domain Name.

**FIRST CAUSE OF ACTION**
**(Unfair Competition, False Designation of Origin, and**
**Infringement of Common Law Trademark,**
**15 U.S.C. § 1125(a),**
**Against all Defendants)**

18.     Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 17 above.

19.     Defendants have deliberately and willfully attempted to trade on Plaintiff's hard-earned goodwill in its name and mark and the reputation established by Plaintiff in connection with its products and services, as well as in order to confuse consumers as to the origin and sponsorship of Defendants' services and to pass off their services in commerce as Plaintiff's.

20.     Defendants' unauthorized and tortious conduct has also deprived and will continue to deprive Plaintiff of the ability to control the consumer perception of its products and services offered under its Marks and Trade Names, placing the valuable reputation and goodwill of Plaintiff in the hands of Defendants.  Defendants' conduct is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendants and their business with Plaintiff, and as to the origin, sponsorship or approval of Defendants and their services, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a)(1).

21.     On information and belief, Defendants had direct and full knowledge of Plaintiff's prior use of and rights in its Marks and Trade Names before the acts complained of herein. The knowing,

intentional and willful nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117(a). 58. As a result of Defendants' aforesaid conduct, Plaintiff has suffered commercial damage, as well as the continuing loss of the goodwill and reputation established by Plaintiff in its Marks. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which Plaintiff has no adequate remedy at law. Plaintiff will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

**SECOND CAUSE OF ACTION**
**(Cybersquatting,**
**15 U.S.C. § 1125(d)(1),**
**Against all Defendants)**

22. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 21 above.

23. On information and belief, Defendants registered through their agent, and have used, controlled and continue to use and control the <venturaorthopedicsurgeon.com> domain name.

24. The <venturaorthopedicsurgeon.com> domain name is confusingly similar to protected Marks or Trade Names owned by Plaintiff, specifically VENTURA ORTHOPEDICS and VENTURA ORTHOPEDICS MEDICAL GROUP, INC.

25. On information and belief, Defendants acted with bad faith intent to profit from Plaintiffs' Marks or Trade Names.

**THIRD CAUSE OF ACTION**
**(Infringement of Rights in Trade Name,**
**Cal. Bus. & Prof. Code §§ 14402 and 14415)**

26. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 25 above.

27. VENTURA ORTHOPEDICS MEDICAL GROUP, INC. is Plaintiff's trade name as set forth in its amended articles of incorporation.

28. Under California Business & Professions Code § 14415, there is a rebuttable presumption applicable at all relevant times through the present that Plaintiff has the exclusive right to use its

corporate name as a trade name, or to use a confusingly similar trade name, because Plaintiff was the first to file articles containing the trade name, and Plaintiff is actually engaged in a business using the corporate name or a confusingly similar name.

29.     Defendants are using designations as trade names that are confusingly similar to Plaintiff's trade name.

30.     Plaintiff is entitled to an injunction of Defendants' use of trade names in violation of Plaintiff's rights in its VENTURA ORTHOPEDICS MEDICAL GROUP, INC. trade name under California Business & Professions Code § 14402.

**FOURTH CAUSE OF ACTION**
**(Unfair Competition,**
**Cal. Bus. & Prof. Code § 17200 and Common Law,**
**Against all Defendants)**

31.     Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 30 above.

32.     Defendants' conduct constitutes an unlawful, unfair and fraudulent business practice and unfair competition, under California Business & Professions Code § 17200 *et seq.* and the common law.

33.     As a result of Defendants' unfair practices, Defendants have unfairly acquired or retained money, in an amount to be proven at trial.  Plaintiff has suffered injury in fact and has lost money or property as a result of the unfair competition.

34. Plaintiff is entitled to an order that Defendants disgorge all such unfairly acquired money.

Defendants' unfair practices have caused, and will continue to cause, irreparable harm to Plaintiff – harm for which Plaintiff has no adequate remedy at law.  Plaintiff is entitled to preliminary and injunctive relief to prevent further acts of unfair competition

///

///

///

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. That the Court enter judgment declaring that Defendants have infringed Plaintiff's common law trademarks  VENTURA ORTHOPEDICS, VENTURA ORTHOPEDICS GET BACK IN THE GAME and GET BACK IN THE GAME; have used false designations of origin, false descriptions, false representations, and false advertising in violation of 15 U.S.C. ' 1125(a); and have committed acts constituting unfair competition, in violation of California Business & Professions Code '' 17200 et seq. and the common law.

2. That the Court preliminarily and then permanently enjoin Defendants, and all of their officers, directors, agents, servants, employees and attorneys, and all other persons acting directly or indirectly in concert with Defendants, from using in commerce, in connection with the advertising, marketing, distribution, sale or offering for sale of any medical services or related goods or services, any VENTURA ORTHOPEDICS, VENTURA ORTHOPEDICS GET BACK IN THE GAME or GET BACK IN THE GAME Mark, trade name, slogan or other designation formed of the component terms VENTURA OTHOPEDICS or GET BACK IN THE GAME  or other designation confusingly similar to Plaintiff's Marks and trade names , and from otherwise infringing on Plaintiff's trademark; from using a domain name or metatags incorporating VENTURA ORTHOPEDICS or GET BACK IN THE GAME; from unfairly competing with Plaintiff; from engaging in acts of false advertising; and from engaging in any other acts that tend to damage Plaintiff's Marks, trade name, business reputation, and goodwill;

3. That Defendants be ordered to surrender for destruction all products, labels, advertisements, promotional materials, and other materials constituting an infringement of Plaintiff's Mark or the means by which such infringement is facilitated;

4. That Defendants be ordered to transfer ownership to Plaintiff the <venturaorthopedicsurgeon.com> domain name, and all other domain names registered, owned, operated or used by them which incorporate VENTURA OTHOPEDIC into the domain name;

5. That Plaintiff be awarded its damages according to proof;

6. That Plaintiff be awarded the profits acquired by Defendants through their unlawful acts;

7. That the Court increase and enhance any award of damages and/or profits based on Defendants' willfulness;

8. That the Court award Plaintiff its reasonable attorneys' fees and costs; and

9. That the Court award Plaintiff such further relief as the Court deems just and proper.

Dated: May 6, 2019

Respectfully Submitted,
RINCON VENTURE LAW GROUP

By _____
K. Andrew Kent
Attorneys for Plaintiff
VENTURA ORTHOPEDICS MEDICAL GROUP, INC.

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF VENTURA

800 South Victoria Avenue
Ventura, CA 93009
(805) 289-8525
WWW.VENTURA.COURTS.CA.GOV

## NOTICE OF CASE ASSIGNMENT AND MANDATORY APPEARANCE

Case Number: **56-2019-00528121-CU-IP-VTA**

Your case has been assigned for all purposes to the judicial officer indicated below.
**A copy of this Notice of Case Assignment and Mandatory Appearance shall be served by the filing party on all named Defendants/Respondents with the Complaint or Petition, and with any Cross-Complaint or Complaint in Intervention that names a new party to the underlying action.**

| ASSIGNED JUDICIAL OFFICER | COURT LOCATION | DEPT/ROOM |
|---|---|---|
| Hon. Mark Borrell | Ventura | 40 |

| HEARING | MANDATORY APPEARANCE CMC/Order to Show Cause Re Sanctions/Dismissal for Failure to File Proof of Service/Default | |
|---|---|---|
| EVENT DATE | EVENT TIME | EVENT DEPT/ROOM |
| 09/30/2019 | 08:15 AM | 22B |

## SCHEDULING INFORMATION

**Judicial Scheduling Information**

**AT THE ABOVE HEARING IS MANDATORY.**
Each party must file a Case Management Statement no later than 15 calendar days prior to the hearing and serve it on all parties. If your Case Management Statement is untimely, it may NOT be considered by the court (CRC 3.725).
If proof of service and/or request for entry of default have not been filed: At the above hearing you are ordered to show cause why you should not be compelled to pay sanctions and/or why your case should not be dismissed (CCP 177.5, Local Rule 3.17).

**Advance Jury Fee Requirement**

At least one party demanding a jury trial on each side of a civil case must pay a non-refundable jury fee of $150. The non-refundable jury fee must be paid timely pursuant to Code of Civil Procedure section 631.

**Noticed Motions/Ex Parte Matters**

To set an ex parte hearing, contact the judicial secretary in the assigned department. Contact the clerk's office to reserve a date for a law and motion matter.

**Telephonic Appearance**

Telephonic appearance at the Case Management Conference is permitted pursuant to CRC 3.670. In addition, see Local Rule 7.01 regarding notice to the teleconference provider. The court, through the teleconference provider, will contact all parties and counsel prior to the hearing.

Date: 05/07/2019

Clerk of the Court,
By: _____
Mike Adams, Clerk

VEN-FNR082

**POS-015**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
K. Andrew Kent, SBN 130097
Rincon Venture Law Group
2801 Townsgate Road, Suite 200
Westlake Village, CA 91361
TELEPHONE NO.: 805-557-0580    FAX NO. (Optional): 805-557-0480
E-MAIL ADDRESS (Optional): akent@rincongroup.com
ATTORNEY FOR (Name): Ventura Orthopedic Medical Group, Inc.

**FOR COURT USE ONLY**

VENTURA
SUPERIOR COURT
FILED
JUN 26 2019
MICHAEL D. PLANET
Executive Officer and Clerk
BY: JOAN FOSTER, Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Ventura
STREET ADDRESS: 800 South Victoria Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Ventura, CA 93009
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Ventura Orthopedic Medical Group, Inc.
DEFENDANT/RESPONDENT: Stephan Sweet, M.D., Inc.

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER:
56-2019-00528121-CU-IP-VTA

VIA FAX

TO *(insert name of party being served):* Stephan Sweet, M.D., Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: May 17, 2019

K. Andrew Kent
(TYPE OR PRINT NAME)

(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*
   Notice of Case Assignment and Mandatory Appearance

*(To be completed by recipient):*
Date this form is signed: June 19, 2019

MICHAEL D. HARRIS, ATTORNEY for STEPHAN SWEET, M.D. INC.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY IF ANY ON WHOSE BEHALF THIS FORM IS SIGNED)

Michael Harris
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

**POS-015**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
K. Andrew Kent, SBN 130097
Rincon Venture Law Group
2801 Townsgate Road, Suite 200
Westlake Village, CA 91361
TELEPHONE NO.: 805-557-0580   FAX NO. (Optional): 805-557-0480
E-MAIL ADDRESS (Optional): akent@rincongroup.com
ATTORNEY FOR (Name): Ventura Orthopedic Medical Group, Inc.

**FOR COURT USE ONLY**

VENTURA
SUPERIOR COURT
**FILED**
JUN 26 2019
MICHAEL D. PLANET
Executive Officer and Clerk
BY: JOAN FOSTER, Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Ventura
STREET ADDRESS: 800 South Victoria Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Ventura, CA 93009
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Ventura Orthopedic Medical Group, Inc.
DEFENDANT/RESPONDENT: Stephan Joseph Sweet

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER:
56-2019-00528121-CU-IP-VTA

VIA FAX

TO (insert name of party being served): Stephan Joseph Sweet

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: May 17, 2019

K. Andrew Kent
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Notice of Case Assignment and Mandatory Appearance

(To be completed by recipient):

Date this form is signed: June 19, 2019
Michael D. Harris, attorney for Stephan Joseph Sweet

▶ [signature] Michael Harris
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY ON WHOSE BEHALF THIS FORM IS SIGNED)
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov